F#:2008R00474

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - -X

UNITED STATES OF AMERICA

    - against -

SETH LOWENSTEIN,
    also known as
    "Chaim Lowenstein,"

                           O R D E R

                           10 M 730

              Defendant.

- - - - - - - - - - - - - - - - -X

        On application of the United States Attorney for the Eastern District of New York by Assistant United States Attorney John P. Nowak,

        IT IS HEREBY ORDERED that the Complaint and Affidavit in Support of Application for Arrest Warrant is unsealed.

Dated: June 29, 2010
       Brooklyn, New York

                                     _____